IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RICKY or LORRAINE PITRE,

    Plaintiffs,

  v.

WELLS FARGO BANK, N.A., MORTGAGE SERVICER, also known as ASC (AMERICA'S SERVICING COMPANY), and NORTHWEST TRUSTEE SERVICES,

    Defendants.

No. C 13-00552 WHA

**ORDER DENYING DEFENDANT'S REQUEST TO APPEAR BY TELEPHONE**

The Court **DENIES** defendant Northwest Trustee Services' request to attend the case management conference and hearing on the motion to dismiss by telephone. The courtroom telephone equipment does not make it feasible to conduct hearings over same.

**IT IS SO ORDERED.**

Dated: April 29, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE