IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RICKY AND LORRAINE PITRE,

    Plaintiffs,

v.

WELLS FARGO BANK, N.A. MORTGAGE SERVICER: ALSO KNOWN AS ASC (AMERICA'S SERVICING COMPANY); NORTHWEST TRUSTEE SERVICES,

    Defendants.
                                                              /

No. C 13-00552 WHA

**ORDER TO MEET AND CONFER**

    Plaintiffs and defendant Wells Fargo Bank, N.A. Mortgage Servicer (with counsel) shall hold a meeting by **MAY 24, 2013**, to discuss a loan modification on plaintiffs' property. Defendant's counsel shall file with the Court by **NOON ON MAY 31, 2013**, a written report on the meeting and its outcome.

    The undersigned judge emphasizes that the present order does not require that the parties reach an agreement, but that they *meet* in good faith to try to reach an agreement.

**IT IS SO ORDERED.**

Dated: May 16, 2013.

                          WILLIAM ALSUP
                          UNITED STATES DISTRICT JUDGE