**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RICKY AND LORRAINE PITRE,

    Plaintiffs,

    v.

WELLS FARGO BANK, N.A. MORTGAGE
SERVICER: ALSO KNOWN AS ASC
(AMERICA'S SERVICING COMPANY);
NORTHWEST TRUSTEE SERVICES,

    Defendants.

                             /

No. C 13-00552 WHA

**ORDER TO MEET
AND CONFER**

    Plaintiffs and defendant Wells Fargo Bank, N.A. Mortgage Servicer (with counsel) shall hold a meeting by **MAY 24, 2013**, to discuss a loan modification on plaintiffs' property. Defendant's counsel shall file with the Court by **NOON ON MAY 31, 2013**, a written report on the meeting and its outcome.

    The undersigned judge emphasizes that the present order does not require that the parties reach an agreement, but that they *meet* in good faith to try to reach an agreement.

    **IT IS SO ORDERED.**

Dated:   May 16, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE