United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RICKY AND LORRAINE PITRE,

    Plaintiffs,

  v.

WELLS FARGO BANK, N.A. MORTGAGE SERVICER: ALSO KNOWN AS ASC (AMERICA'S SERVICING COMPANY); NORTHWEST TRUSTEE SERVICES,

    Defendants.

                                               /

No. C 13-00552 WHA

**NOTICE RE MEETING REPORT**

        The Court thanks counsel for submitting a written report on the parties' meeting to discuss a loan modification on plaintiffs' property. According to the report, plaintiffs are to provide the bank with further documents regarding a possible loan modification by June 15. As previously emphasized, the Court takes no position on whether a loan modification is appropriate or required.

        The report includes a statement from plaintiffs that they are "interested in receiving a 30 days extension" to file a motion for leave to file an amended complaint. The order granting defendants' motion to dismiss set June 6 as the deadline to file such a motion. Plaintiffs may have until **JUNE 13** to file the motion and proposed amended complaint. The deadline will not be extended further, absent good cause established by motion from plaintiffs and supported by

sworn declarations. The fact that plaintiffs may be simultaneously seeking a loan modification is not sufficient to extend the deadline.

**IT IS SO ORDERED.**

Dated: June 3, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE