IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RICKY AND LORRAINE PITRE,

    Plaintiffs,

v.

WELLS FARGO BANK, N.A. MORTGAGE SERVICER: ALSO KNOWN AS ASC (AMERICA'S SERVICING COMPANY); NORTHWEST TRUSTEE SERVICES,

    Defendants.

No. C 13-00552 WHA

**ORDER HOLDING MOTION FOR LEAVE TO FILE AMENDED COMPLAINT IN ABEYANCE AND SETTING FURTHER HEARING DATE**

    Plaintiffs' motion for leave to file an amended complaint is hereby **HELD IN ABEYANCE** pending a further hearing set for **AUGUST 15 AT 11:00 A.M**. Defendant Wells Fargo is hereby **ORDERED** to process plaintiffs' pending loan modification request before the August 15 hearing or be prepared to discuss under oath why the application process is not complete. Wells Fargo is hereby **ORDERED** to produce a Wells Fargo officer knowledgeable about Wells Fargo's loan modification process and the specific facts of plaintiffs' loan modification application(s) to be present and testify at the August 15 hearing.

    Plaintiff Lorraine Pitre is hereby **ORDERED** to inform the Court and Wells Fargo immediately if she finds employment prior to the August 15 hearing.

    This order makes no finding as to whether defendant Wells Fargo should grant plaintiffs' loan modification request.

**IT IS SO ORDERED.**

Dated: August 1, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE