United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKY AND LORRAINE PITRE,<br><br>    Plaintiffs,<br><br>  v.<br><br>WELLS FARGO BANK, N.A.<br>MORTGAGE SERVICER: ALSO<br>KNOWN AS ASC (AMERICA'S<br>SERVICING COMPANY);<br>NORTHWEST TRUSTEE SERVICES,<br><br>    Defendants.<br>                                           / | No. C 13-00552 WHA<br><br>**SECOND ORDER HOLDING MOTION FOR LEAVE TO FILE AMENDED COMPLAINT IN ABEYANCE AND SETTING FURTHER HEARING DATE** |

    Plaintiffs' motion for leave to file an amended complaint is hereby **HELD IN ABEYANCE** pending a further hearing set for **AUGUST 22 AT 11 A.M**. Defendant Wells Fargo is **HEREBY ORDERED** to submit to the Pitres by **AUGUST 15** at **5 P.M.** an email listing the exact outstanding information it needs in order to process the plaintiffs' loan modification request. Defendant Wells Fargo is hereby **ORDERED** to inform the Court by **TUESDAY, AUGUST 19** at **NOON** whether it has the documents it needs to process plaintiffs' loan modification request.

    Wells Fargo is hereby **ORDERED** to produce a Wells Fargo officer knowledgeable about Wells Fargo's loan modification process and the specific facts of plaintiffs' loan modification application(s) to be present and testify at the August 22 hearing.

Plaintiff Lorraine Pitre is hereby **ORDERED** to inform the Court and Wells Fargo immediately if she finds employment prior to the August 22 hearing.

This order makes not finding as to whether defendant Wells Fargo should grant plaintiffs' loan modification request.

**IT IS SO ORDERED.**

Dated: August 15, 2013.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2