United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKY AND LORRAINE PITRE,<br><br>  Plaintiffs,<br><br>  v.<br><br>WELLS FARGO BANK, N.A. MORTGAGE SERVICER: ALSO KNOWN AS ASC (AMERICA'S SERVICING COMPANY); NORTHWEST TRUSTEE SERVICES,<br><br>  Defendants.<br>_____ / | No. C 13-00552 WHA<br><br>**THIRD ORDER HOLDING MOTION FOR LEAVE TO FILE AMENDED COMPLAINT IN ABEYANCE AND SETTING FURTHER HEARING DATE** |

Plaintiffs' motion for leave to file an amended complaint has been held in abeyance pending further proceedings. A hearing was set for August 22 to discuss plaintiffs' loan modification request. Defendant Wells Fargo Bank, N.A. has filed a request to vacate the August 22 hearing and to require the parties to jointly file a status update on the progress of the loan modification review. Defendant states that it has received all necessary documents from plaintiffs.

The hearing on August 22 is hereby **VACATED**. The parties must file a joint status update by **AUGUST 30 AT NOON**. A further hearing is set for **SEPTEMBER 5 AT 11A.M.** As set forth in prior orders (Dkt. No. 46), Wells Fargo must produce a Wells Fargo officer knowledgeable about

Wells Fargo's loan modification process and the specific facts of plaintiffs' loan modification application(s) to be present and testify at the September 5 hearing.

**IT IS SO ORDERED.**

Dated: August 21, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE