MARK D. LONERGAN (State Bar No 143622)
mdl@severson.com
EDWARD R. BUELL (State Bar No. 240494)
erb@severson.com
GURINDER S. GREWAL (State Bar No. 277975)
gsg@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendant
WELLS FARGO BANK, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKY or LORRAINE PITRE,<br><br>Plaintiffs,<br><br>vs.<br><br>WELLS FARGO BANK, N.A. MORTGAGE SERVICER: ALSO KNOWN AS ASC (AMERICA'S SERVING COMPANY); NORTHWEST TRUSTEE SERVICES<br><br>Defendants. | Case No. 13cv00552 WHA<br><br>**NOTICE RE DECISION ON LOAN MODIFICATION REVIEW**<br><br>Date: September 5, 2013<br>Time: 11:00 a.m.<br>Ctrm.: 8 (19th Floor)<br>Judge: Hon. William Alsup |

Counsel for Wells Fargo Bank, N.A. submits this Notice to provide the Court with an update on the status of the loan modification review. Plaintiffs have been denied a loan modification. A letter has been sent by Wells Fargo to this effect and Plaintiffs have received that letter, which they attach to their Status Report filed with the Court (item number 52 on the docket). The reasons for the denial are described in that letter.

In light of the foregoing, Wells Fargo respectfully requests that the Court:

1. Vacate the hearing on the status of the loan modification; and

2. Enter an order on Plaintiffs' Motion for Leave to File an Amended Complaint.

1
2
3 DATED: August 30, 2013                    SEVERSON & WERSON
                                            A Professional Corporation
4
5
                                            By: */s/ Gurinder S. Grewal*
6                                                     Gurinder S. Grewal

7                                           Attorneys for Defendant
                                            Wells Fargo Bank, N.A.
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28