IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RICKY AND LORRAINE PITRE,

    Plaintiffs,

  v.

WELLS FARGO BANK, N.A. MORTGAGE SERVICER: ALSO KNOWN AS ASC (AMERICA'S SERVICING COMPANY); NORTHWEST TRUSTEE SERVICES,

    Defendants.

No. C 13-00552 WHA

**ORDER VACATING HEARING**

A hearing was set for Thursday, September 5, 2013, at 8:00 a.m. to discuss plaintiffs' loan modification request. In light of recent submissions, the hearing is hereby **VACATED**. The Court will issue an order on the merits of the case shortly.

**IT IS SO ORDERED.**

Dated: September 3, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE