IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKY AND LORRAINE PITRE,<br><br>  Plaintiffs,<br><br>  v.<br><br>WELLS FARGO BANK, N.A. MORTGAGE SERVICER: ALSO KNOWN AS ASC (AMERICA'S SERVICING COMPANY); NORTHWEST TRUSTEE SERVICES,<br><br>  Defendants.<br>                                                          / | No. C 13-00552 WHA<br><br><br>**ORDER VACATING HEARING** |

A hearing was set for Thursday, September 5, 2013, at 8:00 a.m. to discuss plaintiffs' loan modification request. In light of recent submissions, the hearing is hereby **VACATED**. The Court will issue an order on the merits of the case shortly.

**IT IS SO ORDERED.**

Dated: September 3, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE